JOSEPH MANCARELLA ET AL. *v.* SALVATORE ATTARDO
ET AL.

It appearing that the defendants in the above-entitled case have failed to prosecute their appeal from the Superior Court in Middlesex County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Ivar A. Jozus,* for the appellees (plaintiffs).
No appearance for the appellants (defendants).

Argued January 4—decided January 4, 1977

STATE OF CONNECTICUT *v.* LAWRENCE TOWNSEND

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).
*John R. Williams,* for the appellant (defendant).

Argued January 4—decided January 4, 1977

ANTONIO TOLLI *v.* GORDON B. SPIVACK ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*James R. Etter,* for the appellee (plaintiff).
*Victor M. Gordon,* for the appellants (defendants).